UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARY ANNE BRUSH, | Case No. 24-11495 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| GROSSE POINTE PUBLIC SCHOOL SYSTEM, *et al.*, | Curtis Ivy, Jr. United States Magistrate Judge |
| Defendants. | |

### ORDER ON PLAINTIFF'S MOTION TO COMPEL (ECF No. 43) AND SCHEDULING CONFERENCE

Pending before the Court is Plaintiff's *Motion to Compel Depositions and Discovery Responses* (ECF No. 43). On February 17, 2026, the undersigned held a status conference to discuss the current posture of the case following the Honorable Judge F. Kay Behm's opinion and order on the Defendants' dispositive motions and Defendant Sean Cotton's Notice of Appeal. (ECF Nos. 58, 60). After allowing the Parties time to meet and confer on the matter, the Parties agreed that Plaintiff's motion to compel is due to be denied as moot at this time no matter how this case proceeds.[1] The Parties indicated that if all Defendants decided to appeal

---

[1] Based on discussions that occurred during the status conference, Plaintiff's counsel also conveyed a notice of withdrawal would be filed related to their motion.

the February 2026 opinion and order, the Parties would request that the case be stayed and no discovery would be conducted until after a stay is lifted. Alternatively, the Parties stated that they agree to jointly stipulate to extending the deadlines in this case and to work together on all outstanding discovery.  The Parties represented that the motion to compel would also be moot under this scenario as Defendants' primary objection to the motion to compel was based on their desire to have their motion to dismiss ruled on prior to conducting discovery but otherwise acknowledged that Plaintiff is entitled to written responses and depositions.  The Parties also indicated that a scheduling conference would be helpful to discuss how this case should proceed.

     Defendants requested through February 27, 2026, to notify the chambers of the undersigned if they intended to file an appeal, but no communication has been received at the time of this Order.  Accordingly, based on representations made by the Parties during the February 17, 2026, status conference, and consistent with the intention of Plaintiff's counsel to withdraw the motion, the motion is denied as moot with leave to refile, and the Parties are to contact the District Judge's chambers to request a scheduling conference so that this case may move forward.

     Accordingly, it is hereby **ORDERED** that Plaintiff's *Motion to Compel Depositions and Discovery Responses* (ECF No. 43) is **DENIED** as moot, with leave to refile.  The Parties are also **DIRECTED** to contact the chambers of

2

Honorable Judge F. Kay Behm, on or before March 16, 2026, to request a scheduling conference.

    **IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: March 2, 2026                              s/Curtis Ivy, Jr.
                                                              Curtis Ivy, Jr.
                                                              United States Magistrate Judge