No.  26-1169

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| MARY ANNE BRUSH, | ) |
| | ) |
|     Plaintiff - Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| GROSSE POINTE PUBLIC SCHOOL SYSTEM, et al., | ) |
| | ) |
|     Defendants, | ) |
| | ) |
| SEAN COTTON, | ) |
| | ) |
|     Defendant - Appellant. | ) |

O R D E R

Defendant Sean Cotton appeals the denial of qualified immunity as to the plaintiff's claim of First Amendment retaliation.  Defendant Cotton moves to consolidate this matter with No. 26-1249, which is an appeal taken by the other individual defendants.

Upon review, the motion to consolidate is GRANTED IN PART.  The appellants shall file separate appellant briefs.  Thereafter, the cases will be consolidated for the plaintiff-appellee to file a single appellee brief.  The defendants may file separate reply briefs on their individual appeals.  Upon completion of briefing, the appeals will be submitted to the same panel for consideration on the same date.  The decisions to hold oral argument or not and the structure of any appellate argument are reserved to the merits panel to which these appeals will be assigned.

The April 20, 2026 briefing schedule remains in effect.  Parties may adopt arguments by reference within the brief or by filing a notification without the need for a separate motion.  Fed. R. App. P. 28(i).

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 04/21/2026.

**Case Name:**  Mary Brush v. Grosse Pointe Public School System, et al
**Case Number:**  26-1169

**Docket Text:**
ORDER filed - Upon review, the motion to consolidate is GRANTED IN PART. The appellants shall file separate appellant briefs. Thereafter, the cases will be consolidated for the plaintiff-appellee to file a single appellee brief. The defendants may file separate reply briefs on their individual appeals. Upon completion of briefing, the appeals will be submitted to the same panel for consideration on the same date. The decisions to hold oral argument or not and the structure of any appellate argument are reserved to the merits panel to which these appeals will be assigned. The April 20, 2026 briefing schedule remains in effect. Parties may adopt arguments by reference within the brief or by filing a notification without the need for a separate motion. Fed. R. App. P. 28(i). [7519340-2] ..

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Ms. Megan A. Bonanni
Ms. Danielle Young Canepa
Mr. Kenneth Bennett Chapie
Ms. Kinikia D. Essix
Mr. Michael L. Pitt
Ms. Annabel Frances Shea