UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ANNE BRUSH,

Plaintiff,

v

GROSSE POINTE PUBLIC SCHOOL SYSTEM, AHMED ISMAIL, LISA PAPAS, SEAN COTTON and VIRGINIA JEUP,

Defendants.

Judge F. Kay Behm
Magistrate Curtis Ivy, Jr.
No. 24-11495

______________________________________/

MICHAEL L. PITT (P24429)
MEGAN BONANNI (P52079)
DANIELLE CANEPA (P82237)
PITT MCGEHEE PALMER BONANNI & RIVERS, P.C.
*Attorneys for Plaintiff*
117 West Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
mpitt@pittlawpc.com
mbonanni@pittlawpc.com
dcanepa@pittlawpc.com

JEREMY D. CHISHOLM (P68915)
JOHN C. KAVA (P71919)
COLLINS & BLAHA, P.C.
*Attorneys for Defendants*
31440 Northwestern Highway, Suite 170
Farmington Hills, MI 48334
(248) 406-1140
jchisholm@collinsblaha.com
jkava@collinsblaha.com

TIMOTHY J. MULLINS (P28021)
KENNETH B. CHAPIE (P66148)
ANNABEL F. SHEA (P83750)
GIARMARCO, MULLINS & HORTON, P.C.
*Co-Counsel for Defendant Sean Cotton*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com
ashea@gmhlaw.com

**STIPULATED ORDER TO STAY ALL PROCEEDINGS PENDING THE RESOLUTION OF THE APPEALS BEFORE THE SIXTH CIRCUIT**

This matter comes before the Court upon the stipulation of counsel for all parties. The parties have conferred and hereby stipulate to stay all proceedings pending the Sixth Circuit's decision on Defendants' appeals.

1. On February 4, 2026, this Court entered an Opinion and Order denying Defendants' motions to dismiss in part and granting them in part. (ECF No. 58).

2. On February 13, 2026, Defendant Cotton filed an appeal to the U.S. Court of Appeals for the Sixth Circuit, appealing this Court's denial of the defenses of qualified immunity and legislative immunity. (ECF No. 60). That appeal is still pending before the Sixth Circuit. See Case No. 26-1169.

3. On March 5, 2026, Defendants Ismail, Papas, Jeup, and GPPS filed an appeal to the U.S. Court of Appeals for the Sixth Circuit. Defendants Ismail, Papas, and Jeup appealed this Court's denial of the defenses of qualified immunity and legislative immunity. (ECF No. 63). Defendant GPPS appealed this Court's denial of its motion to dismiss the *Monell* claim. That appeal is still pending before the Sixth Circuit. See Case No. 26-1249.

4. Defendants' filing of the notices of appeal "confer[red] jurisdiction on the court of appeals and divest[ed] the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982).

5. To the extent that this Court retains any jurisdiction over any aspect of this case, this Court finds it appropriate to stay all proceedings.
6. Accordingly, IT IS ORDERED that all proceedings in this matter are stayed pending the resolution of the appeals before the Sixth Circuit.

SO ORDERED.

Date: November 24, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

Stipulated and Approved for Entry:

*/s/Michael L. Pitt (w/ permission)*
MICHAEL L. PITT (P24429)
MEGAN BONANNI (P52079)
DANIELLE CANEPA (P82237)
*Attorneys for Plaintiff*
PITT MCGEHEE PALMER BONANNI & RIVERS P.C.
117 W. Fourth St. Suite 200
Royal Oak, MI 48067
(248) 398-9800
mpitt@pittlawpc.com
mbonanni@pittlawpc.com
dcanepa@pittlawpc.com

*/s/John C. Kava (w/ permission)*
JEREMY D. CHISHOLM (P68915)
JOHN C. KAVA (P71919)
*Attorneys for Defendants*
COLLINS & BLAHA, P.C.
31440 Northwestern Highway, Suite 170
Farmington Hills, MI 48334
(248)406-1140
jchisholm@collinsblaha.com
jkava@collinsblaha.com

*/s/Annabel F. Shea*
TIMOTHY J. MULLINS (P28021)
KENNETH B. CHAPIE (P66148)
ANNABEL F. SHEA (P83750)
GIARMARCO, MULLINS & HORTON, P.C.
Co-Counsel for Defendant Sean Cotton
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com
ashea@gmhlaw.com

DATED: November 24, 2026